**No. 49511.**—Protest 73288–K of Frank P. Dow Co., Inc. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and therefore excluded from paragraph 5. The protest was sustained to this extent.

**No. 49512.**—Protests 893332–G, etc., of A. L. Tuska Son & Co., Inc., et al. (Baltimore, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49513.**—Protests 101139–K, etc., of Elway Food Products Corp. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49514.**—Protests 37252–K, etc., of W. X. Huber Co. et al. (Los Angeles, etc.)

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 17, 1944

**No. 49515.**—Protests 81571–K, etc., of Pacific Dry Goods Co. (San Francisco)˙

Opinion by TILSON, J. The record showed that certain items consist of woven silk mufflers similar to those involved in Abstract 44055, which record was incorporated herein. In accordance therewith the claim at 60 percent under paragraph 1209 was sustained.

**No. 49516.**—Protest 109029–K of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the hats are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) which record was incorporated herein. In accordance therewith the protest was sustained as to this item.